**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Affirmed Energy LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1460915** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **703 Foster Street** **Durham, NC 27701-2110** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Durham** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Affirmed Energy LLC**                                                           Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**2211**___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Affirmed Energy LLC**  _____   Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

██   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

7/15/26 11:03AM

Debtor      **Affirmed Energy LLC**                                                   Case number (*if known*) _____
       Name

**█   Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**7/18/2026**_____
          MM / DD / YYYY

X _____          **Benjamin S. Abram**
   Signature of authorized representative of debtor        Printed name

Title   **Managing Director**

**18. Signature of attorney**   X   **/s/ Jennifer B. Lyday**                  Date ____**7/18/2026**____
           Signature of attorney for debtor                            MM / DD / YYYY

       **Jennifer B. Lyday 39871**
       Printed name

       **Waldrep Wall Babcock & Bailey PLLC**
       Firm name

       **370 Knollwood Street**
       **Suite 600**
       **Winston Salem, NC 27103**
       Number, Street, City, State & ZIP Code

       Contact phone   **336-717-1283**          Email address   **notice@waldrepwall.com**

       **39871 NC**
       Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 4

Debtor   **Affirmed Energy LLC**                                           Case number *(if known)*
         Name

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter   **11**

☐ Check if this is an
   amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **American Efficient LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **7/18/26** | Case number, if known | |
| Debtor | **American Efficient Origination LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **7/18/26** | Case number, if known | |
| Debtor | **Midcontinent Energy LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **7/18/26** | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

# CONSENT RESOLUTIONS OF THE SOLE MEMBER OF
# AFFIRMED ENERGY LLC

The undersigned, American Efficient LLC (f/k/a Efficient Holdings LLC), a Delaware limited liability company, being the Sole Member and Manager of Affirmed Energy LLC (the "Company"), does hereby certify the adoption of the following resolutions by written consent hereto and by the execution of this consent does hereby waive any and all formalities regarding notice of time, date, place and purpose of meeting.

**WHEREAS**, the Company is a limited liability company formed and existing under the laws of the State of Delaware, pursuant to that certain Limited Liability Company Agreement of Affirmed Energy LLC, dated May 8, 2017 (the "LLC Agreement");

**WHEREAS**, the Sole Member, acting as Manager, has full, exclusive and complete power and authority to manage and control the business and affairs of the Company pursuant to Section 3.1 of the LLC Agreement;

**WHEREAS**, the Sole Member, acting as Manager, has evaluated the Company's alternatives and has concluded that it is in the best interest of the Company and its creditors that the Company file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of North Carolina (the "Bankruptcy Court");

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Sole Member, acting as Manager of the Company, hereby authorizes the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court;

**RESOLVED FURTHER**, that Benjamin S. Abram, acting in his capacity as Managing Director of American Efficient LLC (f/k/a Efficient Holdings LLC), the Manager of the Company, is hereby authorized to act on behalf of the Company in connection with the Chapter 11 case, including but not limited to signing documents, attending hearings, making decisions regarding the administration of the Chapter 11 case, and taking any and all actions necessary or appropriate in connection therewith;

**RESOLVED FURTHER**, that the Company is hereby authorized to retain the law firms of Waldrep Wall Babcock & Bailey PLLC and Jenner & Block LLP as co-counsel to represent the Company in the Chapter 11 case and in all matters related thereto;

**RESOLVED FURTHER**, that Benjamin S. Abram, acting in his capacity as Managing Director of American Efficient LLC (f/k/a Efficient Holdings LLC), the Manager of the Company, is hereby authorized to execute and file any and all petitions, schedules, statements of financial affairs, motions, applications, orders, and other documents or pleadings which may be necessary or desirable in connection with the Chapter 11 case;

**RESOLVED FURTHER**, that all actions heretofore lawfully taken by or on behalf of the Company in connection with any of the matters contemplated by the foregoing resolutions are hereby ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and

**RESOLVED FURTHER**, that Benjamin S. Abram, acting in his capacity as Managing Director of American Efficient LLC (f/k/a Efficient Holdings LLC), the Manager of the Company, is hereby authorized to certify and deliver copies of these resolutions to any party requiring evidence of the authority granted hereby.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

This action is effective as of the 16th day of July, 2026.

**AMERICAN EFFICIENT LLC (F/K/A EFFICIENT HOLDINGS LLC),**
as Sole Member and Manager of Affirmed Energy LLC

By: _____

Name: Benjamin S. Abram
Title: Managing Director

7/15/26 11:03AM

Fill in this information to identify the case:

Debtor name **Affirmed Energy LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/18/2026___    X _____
                                  Signature of individual signing on behalf of debtor

                                  **Benjamin S. Abram**
                                  Printed name

                                  **Managing Director**
                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Affirmed Energy LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Baker Botts LLP 910 Louisiana Street Houston, TX 77002-4995 | | Services rendered | | | | $13,756.00 |
| Consilio LLC Dept. Ch. 171714 Palatine, IL 60055-7174 | | Services rendered | | | | $5,698.49 |
| Off Hill Strategies, LLC 3110 1st Ave North Suite 2M PMB 1372 Saint Petersburg, FL 33713 | | Services rendered | | | | $10,000.00 |
| Quinn Emanuel Urquhart & Sullivan, LLC 865 S. Figueroa Street 10th Floor Los Angeles, CA 90017 | | Services rendered | | | | $213,257.38 |
| US Federal Energy Regulatory Commission 888 First Street NE Washington, DC 20426 | | Alleged Penalty Order | Contingent Unliquidated Disputed | | | $1,131,817,758.00 |

7/15/26 11:03AM

## United States Bankruptcy Court
### Western District of North Carolina

In re   **Affirmed Energy LLC** _____   Case No. _____

Debtor(s)                                   Chapter     11   _____

# VERIFICATION OF LIST REQUIRED BY RULE 1007(a)

I, the Managing Director of the corporation named as the debtor in this case, hereby verify that the attached list required by Rule 1007(a) of the Federal Rules of Bankruptcy Procedure is true and correct to the best of their knowledge.

Date:       7/18/2026 _____

Benjamin S. Abram
Signature of Debtor

American Efficient LLC
703 Foster St
Durham, NC 27701


Baker Botts LLP
910 Louisiana Street
Houston, TX 77002-4995


Comyns, Smith, McCleary & Deaver
1777 Botelho Dr
Walnut Creek, CA 94596


Consilio LLC
Dept. Ch. 171714
Palatine, IL 60055-7174


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Goldman Sachs Lending Partners LLC
200 West Street
New York, NY 10282


GQ New Energy Strategies LLC
405 Yale Drive
Alexandria, VA 22314


IDeals Solutions Group
815 N Royal St
Alexandria, VA 22315


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


J. Aron & Company
200 West Street
New York, NY 10282-2198

MIH LLC
703 Foster Street
Durham, NC 27701


NC Secretary of State Corp
2 S. Salisbury St
Raleigh, NC 27601


North Carolina Department of Revenue
Attention: Bankruptcy Unit
Raleigh, NC 27602-1168


Off Hill Strategies, LLC
3110 1st Ave North
Suite 2M PMB 1372
Saint Petersburg, FL 33713


Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801


PJM Interconntetion LLC
21750 Monroe Blvd
Audubon, PA 19403


Quinn Emanuel Urquhart & Sullivan, LLC
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017


US Federal Energy Regulatory Commission
888 First Street NE
Washington, DC 20426


Wylan Management Partners, L.L.C.
703 Foster St
Durham, NC 27701

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Affirmed Energy LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Affirmed Energy LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**American Efficient LLC**
**703 Foster St**
**Durham, NC 27701**

☐ None [*Check if applicable*]

7/18/2026

Date

/s/ Jennifer B. Lyday

**Jennifer B. Lyday 39871**

Signature of Attorney or Litigant

Counsel for   **Affirmed Energy LLC**

**Waldrep Wall Babcock & Bailey PLLC**

**370 Knollwood Street**
**Suite 600**
**Winston Salem, NC 27103**
**336-717-1283 Fax:336-722-1993**
**notice@waldrepwall.com**